# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-121
_____

CHRISTOPHER DONNIE WARRICK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

July 26, 2019


PER CURIAM.

AFFIRMED.

RAY, C.J., M.K. THOMAS, J., and SHARRIT, MICHAEL S., Associate
Judge, concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Barbara J. Busharis, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.